Cassandra Wilbur
9611 Neville Abbey Dr, Apt 103
Charlotte, NC 28262

**RECEIVED**
Charlotte, NC

SEP 25 2024

Clerk, US District Court
Western District NC

USDC-Clerk
401 W. Trade St
Room 1200
Charlotte, NC 28202

CERTIFIED MAIL
9589 0710 5270 1763 4455 24

U.S. POSTAGE PAID
FCM LETTER
CHARLOTTE, NC 28269
SEP 23, 2024
$5.86
S2324D502402-9

Case 3:24-cv-00865-KDB-DCK   Document 1-2   Filed 09/25/24   Page 1 of 1